### JOHN JACKSON
#### *v.*
### THE PEOPLE OF THE STATE OF ILLINOIS.

NEW TRIAL—*where the offense is not shown to have been committed in the proper county.* Where a party, charged with a criminal offense, is convicted, and, on error, the record fails to show that the offense was committed in the county as charged in the indictment, the judgment will be reversed and the cause remanded for another trial.

WRIT OF ERROR to the Recorder's Court of the city of Chicago; the Hon. EVERT VAN BUREN, Judge, presiding.

This was upon an indictment charging John Jackson with having knowingly received stolen goods, in the city of Chicago, in Cook county, in this State. The defendant was found guilty, and judgment was entered accordingly. He brings the case to this court upon bill of exceptions by a writ of error.

Mr. T. LYLE DICKEY, for the plaintiff in error.

Mr. C. BLANCHARD, State's Attorney, for the People.

Per CURIAM: In this case the record wholly fails to show that the offense of which the plaintiff in error was found guilty, to wit, knowingly receiving stolen goods, was committed in the county of Cook, and State of Illinois. We must therefore reverse the judgment, and remand the case for another trial.

*Judgment reversed.*